IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNNOVATIONS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>OKI ELECTRIC INDUSTRY CO., LTD.<br>and OKI DATA AMERICAS, INC.,<br><br>*Defendants* | Civil Action No. 1:12-cv-01274-SLR<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Telecomm Innovations, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants OKI Electric Industry Co., Ltd. and OKI Data Americas, Inc. have not yet answered the Complaint. Accordingly, Telecomm Innovations, LLC voluntarily dismisses OKI Electric Industry Co., Ltd. and OKI Data Americas, Inc. without prejudice pursuant to Rule 41(a)(1).

Dated:  February 7, 2013

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540

*Counsel for Plaintiff*
*Telecomm Innovations, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                    */s/ Richard C. Weinblatt*
                                    Richard C. Weinblatt #5080